# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5058**  September Term, 2018

1:18-cv-00997-APM

**Filed On: August 6, 2019** [1800935]

Marcus Christopher Gaskins,

    Appellant

  v.

Neil Chatterjee, Chairman of the Federal
Energy Regulatory Commission,

    Appellee

### O R D E R

By orders filed March 15, 2019 and May 10, 2019, appellant was directed to file certain documents no later than July 1, 2019. To date none of the documents have been filed. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by September 20, 2019.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Laura M. Chipley
Deputy Clerk